# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

ARTURO FLORES.

No. 11 CR 643-1
Judge James B. Zagel

## MEMORANDUM OPINION AND ORDER

Arturo Flores was a substantial distributor of heroin, deemed to have distributed more than 10 kilograms. His Sentencing Guideline range was 188-235 months of imprisonment. He had no prior criminal history. I imposed a sentence of 168 months, 20 months lower than the low end of the applicable guideline. Amendment 782 of the Sentencing Commission led to a change in Flores' offense level. At his sentencing, Flores was at offense level 36 with an advisory guideline of 188 to 235 months. After Amendment 782, the offense level was (and is) 34 with an advisory guideline of 151 to 188 months. Under these circumstances, I can impose a new guideline sentence within the level 34 range and, in any event, no lower than 151 months. I decline to alter the sentence I previously imposed. Imposition of sentence is a discretionary act which considers the Section 3553(a) factors. My view of the gravity of the conduct would justify a sentence higher than the 168 months, but the absence of a prior criminal history was deserving of a sentence that did not exceed the mid range of the 151-188 guideline. In simple terms, I concluded then and now that 168 months is the right sentence, and I decline to change my prior decision.

ENTER:

James B. Zagel
United States District Judge

DATE: February 2, 2016