# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

November 2, 2016

Before:

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

| No. 16-1456 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>ARTURO FLORES, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cr-00643-1<br>Northern District of Illinois, Eastern Division<br>District Judge James B. Zagel ||

The judgment of the District Court is **AFFIRMED**, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:

*Megan Murphy*
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalJudgment**(form ID: **132**)